■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD T. LINTS, Appellant.— REYNOLDS, J. Appeal from a judgment of the County Court, Broome County, convicting appellant of the crime of sodomy, first degree, upon his plea of guilty. The plea was properly accepted after compliance with the standards and procedures prescribed in *People* v. *Nixon* (21 N Y 2d 338), and accordingly, the judgment must be affirmed. Judgment affirmed. Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Cooke, JJ., concur in memorandum by Reynolds, J.